### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR134** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **PATRISIA D. RAMOS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on its own motion.

IT IS ORDERED that the Clerk receive from the Defendant, Patrisia D. Ramos, the tendered amount of $2,525.00 and credit this amount toward the Defendant's anticipated amount of restitution and her special assessment.

DATED this 16th day of October, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge